No. 95–1049. THO DINH TRAN *v.* DINH TRUONG TRAN ET AL.; and

No. 95–1309.   DINH TRUONG TRAN ET AL. *v.* THO DINH TRAN. C. A. 2d Cir.   Certiorari denied.   Reported below: 54 F. 3d 115.